```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MARY BLACKMON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3086 |
| | ) | |
| v. | ) | |
| | ) | |
| NORTH PLATTE NEBRASKA | ) | ORDER |
| HOSPITAL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The joint oral motion of the parties is granted and the deadline for filing the parties' Rule 26 planning conference report is extended to June 13, 2006.

DATED this 31st day of May, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge