```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| MARY BLACKMON,            )<br>                           )<br>           Plaintiff,     )<br>                           )<br>      v.                   )<br>                           )<br>NORTH PLATTE NEBRASKA      )<br>HOSPITAL CORPORATION, d/b/a )<br>GREAT PLAINS REGIONAL MEDICAL )<br>CENTER,                    )<br>                           )<br>           Defendant.      ) | 4:06CV3086<br><br><br><br><br>ORDER |

IT IS ORDERED:

Defendant's unopposed motion to extend deadline, filing 22, is granted.  The depositions may be taken as requested, and the deadline file summary judgment motions is extended to December 27, 2006.

DATED this 21st day of December, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge