IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARY BLACKMON, | ) | 4:06CV3086 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| NORTH PLATTE, NEBRASKA | ) | |
| HOSPITAL CORPORATION d/b/a | ) | |
| GREAT PLAINS REGIONAL | ) | |
| MEDICAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

1. Defendant's motion to file documents under seal (filing 25) is granted. Defendant shall immediately deliver the designated documents to the clerk's office for scanning and uploading to the court's electronic filing system under seal.

2. Plaintiff's motion to strike (filing 29) is denied.

3. Plaintiff's request for an enlargement of time (filing 29) is granted in part and denied in part, as follows:
   a. Plaintiff shall have 20 days from today's date, until January 24, 2007, to respond to Defendant's motion for summary judgment.
   b. In all other respects the request is denied.

January 4, 2007.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge