IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARY BLACKMON, | ) | 4:06CV3086 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| NORTH PLATTE, NEBRASKA HOSPITAL CORPORATION d/b/a GREAT PLAINS REGIONAL MEDICAL CENTER, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation (filing 43) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

March 13, 2007.                BY THE COURT:

                              s/ *Richard G. Kopf*
                              United States District Judge